UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RICARDO GAMEZ, | ) | No. CV 15-1412-RGK (PLA) |
| Plaintiff, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| LAPD, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that this action is dismissed with prejudice for failure to prosecute and follow court orders.

DATED: October 2, 2015

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE